```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
JOYCE PARKS,                         :
              Plaintiff,             :    07 Civ. 10571 (LAK) (AJP)
       -against-                     :    ORDER SCHEDULING
                                          INITIAL PRETRIAL CONFERENCE
NYC ADMINISTRATION FOR CHILDRENS     :
SERVICES,
                                     :
              Defendant.
                                     :
-----------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for February 5, 2008 at 2:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:    New York, New York
          January 24, 2008

                                    _____
                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies to:    Joyce Parks (Regular & Certified Mail)
              Jason Friedman, Esq. (Fax)
              Judge Lewis A. Kaplan

C:\ORD\Order Scheduling Status Conference