UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOYCE PARKS,                          :

        Plaintiff,           :     07 Civ. 10571 (LAK) (AJP)

      -against-                     :     RULE 16 INITIAL PRETRIAL
                                            <u>CONFERENCE ORDER</u>
NYC ADMINISTRATION FOR CHILDRENS      :
SERVICES,
                                      :
        Defendant.
                                      :
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on February 5, 2008 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

        1.    All fact and expert discovery must be completed by June 5, 2008. Expert reports must be served by May 5, 2008. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due February 29, 2008.

        2.    Each party will notify this Court by June 6, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by June 26, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules.

2

3. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by June 26, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4. A status conference will be held before the undersigned on March 10, 2008 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

5. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:   New York, New York
         February 5, 2008

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies to:   Joyce Parks (Regular & Certified Mail)
             Jason Friedman, Esq. (Fax)
             Judge Lewis A. Kaplan