USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

JOYCE PARKS,                              :

        Plaintiff,                :    07 Civ. 10571 (AJP)

    -against-                           :    REVISED RULE 16
                                            SCHEDULING ORDER
NYC ADMINISTRATION FOR CHILDRENS          :
SERVICES,
                                            :
        Defendant.
                                            :
---------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

       Based on conference pursuant held on March 11, 2008 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

       1.    All fact and expert discovery must be completed by April 30, 2008. Plaintiff Parks' mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due March 18, 2008.

       2.    Each party will notify this Court by May 2, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by May 23, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules.

       3.    The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules by May 23, 2008 if neither party is moving for summary judgment, or 30 days after decision

C:\ORD\16RULES

2

on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

    4.    A status conference will be held before the undersigned on April 16, 2008 at 2:30 p.m. in Courtroom 20D (500 Pearl Street).

SO ORDERED.

DATED:    New York, New York
March 11, 2008

Andrew J. Peck
United States Magistrate Judge

Copies to:    Joyce Parks (Regular & Certified Mail)
Jason Friedman, Esq. (Fax)

C:\ORD\16RULES