```
                                                      USDC SDNY
UNITED STATES DISTRICT COURT                          DOCUMENT
SOUTHERN DISTRICT OF NEW YORK                         ELECTRONICALLY FILED
                                                      DOC#
-----------------------------------------x            DATE FILED: 4/16/08

JOYCE PARKS,                             :

              Plaintiff,                 :            07 Civ. 10571 (AJP)

      -against-                          :            **ORDER OF DISMISSAL ON CONSENT**

NYC ADMINISTRATION FOR CHILDRENS         :
SERVICES,
                                         :
              Defendant.
                                         :
-----------------------------------------x
```

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on April 16, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:   New York, New York
         April 16, 2008

                                            _____
                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies to:   Joyce Parks (Regular & Certified Mail)
             Jason Friedman, Esq. (Fax)

C:\ORD\DISMISS